UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE NO: 17-30358 |
| Shawna Cronk | JUDGE DANIEL S. OPPERMAN |
|       **Debtor(s)** | |
| _____/ | |

## PAYMENT ORDER

The above named Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and upon Motion of the Debtor(s),

**IT IS HEREBY ORDERED** that <u>Thai Summit America Corporation, Attn.: Payroll, 1480 McPherson Park Dr., Howell, Michigan 48843</u> forward to at the following address: Chapter 13 Trustee – Flint, P.O. Box 2175 Memphis, TN 38101-2175, $27.18 bi-weekly, from the future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor's income except for Order for child support, or alimony, current withholding taxes, union dues, and all other insurance premiums. Debtor's Chapter 13 payment shall not be deducted from Debtor's vacation pay.
.

**Signed on April 19, 2017**

                                                     **/s/ Daniel S. Opperman**
                                                   **Daniel S. Opperman**
                                                   **United States Bankruptcy Judge**